# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sterling Crane LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Dalton Logistics, Inc., | ) | |
| | ) | Case No. 1:15-cv-029 |
| Defendants. | ) | |

Before the court are motions for attorneys Brian M. Mumaugh and Bradford J. Williams to appear *pro hac vice* on Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Brian M. Mumaugh and Bradford J. Williams have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Plaintiff's motions (Docket Nos. 3-4) are **GRANTED**. Attorneys Brian M. Mumaugh and Bradford J. Williams are admitted to practice before this court in the above-entitled action on behalf of Plaintiff.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2015.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge