# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sterling Crane LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Dalton Logistics, Inc., | ) | |
| | ) | Case No. 1:15-cv-029 |
| Defendants. | ) | |

Before the court is a motion for attorney Richard E. Brown to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Richard E. Brown has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 7) is **GRANTED**. Attorney Richard E. Brown is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2015.

>              */s/ Charles S. Miller, Jr.*
>              Charles S. Miller, Jr.
>              United States Magistrate Judge