# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sterling Crane LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING** |
| | ) | **SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| Dalton Logistics, Inc., | ) | Case No. 1:15-cv-029 |
| | ) | |
| Defendant. | ) | |

A settlement conference will be held before the magistrate judge on July 9, 2015 by telephone. The court will initiate the conference by calling defendant Dalton Logistics, Inc. at 10:00 AM CDT. The court will call plaintiff Sterling Crane LLC after its initial discussion with defendant and will continue with calls with the individual parties or with all parties participating as necessary throughout the day.

In advance of the settlement conference, counsel shall send an email to ndd_J-Miller@ndd.uscourts.gov that includes the names and telephone numbers of all individuals who will participate in the settlement discussions. The attorneys and the other individuals appearing on behalf of the parties will not be required to appear from the same location.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court